Certificate Number: 14751-CAC-DE-037630239

Bankruptcy Case Number: 19-11603



14751-CAC-DE-037630239

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 28, 2023</u>, at <u>12:04</u> o'clock <u>PM PDT</u>, <u>MICHAEL S HUR</u> completed a course on personal financial management given <u>by internet</u> by <u>$$$$$$0$ BK Class, Inc.</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Central District of California</u>.

Date:   <u>July 28, 2023</u>          By:    <u>/s/AMEY AIONO</u>


                                       Name:  <u>AMEY AIONO</u>


                                       Title:  <u>Certified Credit Counselor</u>